<pre>
 1
 2
 3
 4
 5
 6
 7
 8                         UNITED STATES DISTRICT COURT
 9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   ALVIN AUGUSTINE,                        No.  2:25-cv-2067 AC P
12                  Plaintiff,
13         v.                                ORDER
14   CASEY,
15                  Defendant.
16
</pre>

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. The complaint alleges multiple claims against one defendant, Sergeant Casey, based on incidents that occurred in San Bernardino County, at California Institute for Men ("CIM"). ECF No. 1. Plaintiff has neither filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 nor paid the filing fee for this action

The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

1  Because plaintiff's case should have been filed in the United States District Court for the
2  Central District of California, which covers San Bernardino, County, in the interest of justice, the
3  case will be transferred to the correct district. See 28 U.S.C. § 1406(a) (a federal court may
4  transfer a complaint filed in the wrong district to the correct district); Starnes v. McGuire, 512
5  F.2d 918, 932 (D.C. Cir. 1974).
6  Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United
7  States District Court for the Central District of California.
8  DATED: July 29, 2025

*(signature)*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE